29083.  MORRIS v. THE STATE.

Decided September 11, 1941.  Rehearing denied October 14, 1941.

*Frank A. Bowers,* for plaintiff in error.

*Bond Almand, solicitor, John A. Boykin, solicitor-general, Durwood T. Pye,* contra.

Gardner, J.  In this case the only assignment of error is on the order overruling the certiorari which complained that the judge abused his discretion in denying the motion of the defendant for a continuance based on the ground of the absence of two material witnesses.  It appears that since the pendency of the charges against him the defendant had had several months in which to subpœna the witnesses and insure their attendance at his trial, and that during that time he had made no effort to that end.  It does not suffice to extenuate his lack of diligence that he did not know

just what the State's witnesses would testify until it was too late to summon the witnesses, one of whom was without the jurisdiction of the court and the other was not known to be then accessible. In this connection see *King* v. *State,* supra. See also Code, § 81-1410, relatively to the necessity resting on the defendant to bring his motion substantially within its provisions, which the defendant in several particulars failed to do.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*